Filed 5/21/21  P. v. Kendall CA2/7

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SEVEN

| | |
|---|---|
| THE PEOPLE, | B309172 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. NA115096) |
| v. | |
| SHANE T. KENDALL, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of Los Angeles County, Daniel J. Lowenthal, Judge.  Affirmed.

Sharon Fleming, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

————————————

Shane T. Kendall appeals from the judgment entered after he pleaded no contest to one count of robbery (Pen. Code, § 211) and was sentenced pursuant to a negotiated agreement to three years of formal probation on condition he serve one day in county jail and perform 30 days of alternative work service. No arguable issues have been identified following review of the record by Kendall's appointed appellate counsel or our own independent review. We affirm.

### FACTUAL AND PROCEDURAL BACKGROUND

Kendall's plea was entered prior to the preliminary hearing. According to the information in his probation report, Kendall approached Lorena Bernal and several of her friends on the evening of August 14, 2020 and asked if they wanted to get tacos with him. Bernal and her friends did not know Kendall; they asked him to leave them alone. Kendall persisted. Bernal and the others began recording Kendall with their smartphones, and Bernal unsuccessfully asked individuals walking past the group for assistance. As Bernal continued recording Kendall, he pushed her to the ground, grabbed her phone from her hand and fled.

Officers from the Long Beach Police Department responded to the report of a robbery. After obtaining Bernal's statement, officers located Kendall in the area and detained him. When asked about taking Bernal's phone, Kendall stated, "Oh yah. Somebody recorded me, and I just grabbed it and ran." Kendall said he threw the phone away in a nearby alley. He denied pushing Bernal.

Kendall was charged in a felony complaint filed August 18, 2020 with one count of robbery (Pen. Code, § 211). On September 29, 2020 Kendall pleaded no contest to the charge

pursuant to *People v. West* (1970) 3 Cal.3d 595. Pursuant to a negotiated agreement the court stayed imposition of sentence and placed Kendall on three years of formal probation on condition he serve one day in county jail (with credit for time served) and perform 30 days of service in the Probation Adult Alternative Work Services program (PAAWS). On November 10, 2020 the court ordered Kendall to pay $440.26 in victim restitution to Bernal.

Kendall's trial counsel filed a timely notice of appeal, checking the box that stated Kendall's appeal challenged the validity of his plea. Kendall's request for a certificate of probable cause was not granted.

## DISCUSSION

We appointed counsel to represent Kendall on appeal. After reviewing the record, counsel filed a brief raising no issues. On April 2, 2021 counsel wrote Kendall and advised him that counsel intended to file a no-issue brief and that Kendall personally could submit his own supplemental letter brief in which he identified any contentions or issues he wished us to consider. We sent a similar notice to Kendall on April 5, 2021. We have received no response.

We have reviewed the entire record in this case and are satisfied appellate counsel for Kendall has complied with counsel's responsibilities and there are no arguable issues. (*Smith v. Robbins* (2000) 528 U.S. 259, 277-284; *People v. Kelly* (2006) 40 Cal.4th 106, 118-119; *People v. Wende* (1979) 25 Cal.3d 436, 441-442.)

## DISPOSITION

The judgment is affirmed.


PERLUSS, P. J.

We concur:


SEGAL, J.


FEUER, J.